OFFICE OF DISCIPLINARY COUNSEL *v.* COOK.

[Cite as *Disciplinary Counsel v. Cook* (2000), 89 Ohio St.3d 80.]

(No. 99–2264—Submitted February 9, 2000—Decided May 24, 2000.)

*Jonathan E. Coughlan,* Disciplinary Counsel, and *Lori J. Brown,* First Assistant Disciplinary Counsel, for relator.

*Mary L. Cibella,* for respondent.

---

**Per Curiam.** We adopt the findings, conclusions, and recommendation of the board. Respondent is hereby suspended from the practice of law for six months. Respondent shall receive full credit for time served under the interim suspension; therefore, the interim suspension is immediately terminated and respondent is reinstated to the practice of law. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.